UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>William Carey</u>

        v.                           Case No. 09-cv-91-PB

<u>Northern NH Correctional Facility, Warden</u>

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated June 4, 20009.

    SO ORDERED.

June  19, 2009                           /s/ Paul Barbadoro
                                              Paul Barbadoro
                                              United States District Judge

cc:    William Carey, Pro se